AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ABEL VELASQUEZ <br><br> *Plaintiff(s)* <br> v. <br><br> FARMERS DIRECT CORP., BLUE SKY FLORALS INC, FARMERS DIRECT MARKETING INC, FRESH FARM DIRECT INC, BYUNG HO KANG A/K/A PAUL KANG or HIORIMI KANG and KYUNG HAE PARK A/ <br> *Defendant(s)* | Civil Action No. 25-cv-4330 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-4330

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                                         *Server's signature*

                                _____
                                                                      *Printed name and title*

                                _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                                    Reset

## **RIDER**

BYUNG HO KANG A/K/A PAUL KANG or HIORIMI KANG
205 E 82nd St Apt 2H
New York, NY 10028-2765

KYUNG HAE PARK A/K/A KATE KANG
205 E 82nd St Apt 2H
New York, NY 10028-2765

FARMERS DIRECT CORP.
64-07 34TH AVE
WOODSIDE, NY 11377

BLUE SKY FLORALS INC
1255 5TH AVE. #3J
NEW YORK, NY, 10029

FARMERS DIRECT MARKETING INC
64-07 34TH AVE
WOODSIDE, NY 11377

FRESH FARM DIRECT INC
64-07 34TH AVE
WOODSIDE, NY 11377